UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AUREA CALICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1062 (RJL) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER

This matter, brought under the Social Security Act, 42 U.S.C. § 405(g), is before the Court on defendant's motion to dismiss the complaint as untimely. By Order of October 9, 2007, plaintiff was advised to respond to the motion by November 19, 2007, or risk the Court's treating the motions as conceded and dismissing the case. Plaintiff has not opposed the motion or sought additional time to do so. Accordingly, it is this 18th day of January 2008,

**ORDERED** that defendant's motion to dismiss [Dkt. No. 6] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

RICHARD J. LEON
United States District Judge